B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of New Mexico

In re: Eric Castillo
     Angela Castillo
               Debtor(s)

Case No. _____
Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

**Property No. 1**

| Creditor's Name: Chino Federal Credit U | Describe Property Securing Debt: 2008 GMC Arcadia |
|---|---|

Property will be (check one):
- ☐ Surrendered
- ☒ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☒ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☒ Claimed as Exempt
- ☐ Not claimed as exempt

---

**Property No. 2**

| Creditor's Name: Chino Federal Credit U | Describe Property Securing Debt: 2006 Lincoln |
|---|---|

Property will be (check one):
- ☐ Surrendered
- ☒ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☒ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt
- ☒ Not claimed as exempt

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 14-11946-j7    Doc 6    Filed 06/25/14    Entered 06/25/14 13:40:04    Page 1 of 3

B8 (Form 8) (12/08) Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>Chino Federal Credit U | **Describe Property Securing Debt:**<br>2008 GMC Arcadia |

Property will be (check one):
    ☐ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ■ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt        ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>Chino Federal Credit U | **Describe Property Securing Debt:**<br>2006 Lincoln |

Property will be (check one):
    ☐ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ■ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt        ■ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>Chino Federal Credit U | **Describe Property Securing Debt:**<br>2008 GMC Arcadia |

Property will be (check one):
    ☐ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ■ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt        ■ Not claimed as exempt

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>Mortgage Service Cente | **Describe Property Securing Debt:**<br>residence located at #4 Romero, Hurley, NM |
| Property will be (check one):<br>　☐Surrendered　　　　　　　■Retained<br><br>If retaining the property, I intend to (check at least one):<br>　☐Redeem the property<br>　☐Reaffirm the debt<br>　■Other. Explain __cont to pay__ (for example, avoid lien using 11 U.S.C. § 522(f)).<br><br>Property is (check one):<br>　■Claimed as Exempt　　　　　　　　　　　　☐Not claimed as exempt | |

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐YES　　　☐NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  6-20-14　　　　　　　　Signature  /s/ Eric Castillo
　　　　　　　　　　　　　　　　　　　　**Eric Castillo**
　　　　　　　　　　　　　　　　　　　　Debtor

Date  6/20/14　　　　　　　　Signature  /s/ Angela Castillo
　　　　　　　　　　　　　　　　　　　　**Angela Castillo**
　　　　　　　　　　　　　　　　　　　　Joint Debtor